Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
Michael L. Jones (SBN: 318262)
mjones@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.1292
Facsimile: 916.927.2046

Attorneys for Plaintiff,
JAMIE PERKINS

Jason A. Geller (SBN: 168149)
jgeller@laborlawyers.com
Juan C. Araneda (SBN: 213041)
jaraneda@laborlawyers.com
**FISHER & PHILLIPS**
One Embarcadero Center, Suite 2050
San Francisco, California
Telephone: 415.490.9000
Facsimile: 415.490.9001

Attorneys for Defendant,
WALMART, INC.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE PERKINS,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.; BRANDON NEELY, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-00649-JAM-AC<br><br>**JOINT STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER;**<br>**ORDER (AS MODIFIED BY THE COURT)**<br><br>Trial Date: August 31, 2020<br>Action Filed: February 21, 2019 |

///

1

**Joint Stipulation of the Parties to Modify the Scheduling Order; [Proposed] Order**
*Perkins v. Walmart, Inc., et al.* 2:19-CV-00649-JAM-AC

///

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiff, by and through her counsel of record Lawrance A. Bohm, Esq., Zane E. Hilton, Esq., and Michael L. Jones, Esq., and Defendant, by and through their counsel of record Jason A. Geller, Esq., and Juan C. Araneda, Esq., stipulate to modify the scheduling order in this case as set forth below. (Fed. R. Civ. Proc., Rules 6(b)(1) & 16(b)(4), E.D. Cal. Gen. L.R. 144, and the Court's scheduling order at ECF No. 11.)

WHEREAS, this action was filed in Yuba County Superior Court on February 21, 2019;

WHEREAS, this action was removed from Yuba County Superior Court on April 17, 2019 to Eastern District Superior Court;

WHEREAS, the Court issued Initial Pretrial Scheduling Order on June 17, 2019;

WHEREAS, the Parties conferred in good faith to avoid a motion to dismiss and Plaintiff filed an amended complaint;

WHEREAS, since issuance of the Initial Pretrial Scheduling Order, the Parties have also been conducting discovery in this case, including, but not limited to the following:

1. June 27, 2019: Plaintiff's Initial Disclosures;
2. July 12, 2019: Defendant's Initial Disclosures;
3. July 19, 2019: Plaintiff served first set of discovery on Defendant;
4. July 26, 2019: Defendant served first set of discovery on Plaintiff;
5. September 5, 2019: Defendant responded to Plaintiff's first set of discovery;
6. September 12, 2019: Plaintiff responded to Defendant's first set of discovery.

WHEREAS, the Parties conferred in good faith over three months and resolved matters in dispute regarding Defendant's responses to Plaintiff's first set of discovery.

WHEREAS, the Parties expect to conduct, at a minimum, the following additional discovery:

1. Defendant will depose Plaintiff;
2. Plaintiff will depose Defendant PM witnesses in April 2020;

///

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

2

**Joint Stipulation of the Parties to Modify the Scheduling Order; [Proposed] Order**
*Perkins v. Walmart, Inc., et al.* 2:19-CV-00649-JAM-AC

///

3. Plaintiff will depose Defendant's staff or former staff, including but not limited to: Jennifer Frick, Brandon Neely, Ana Polanco, Cindy Coronado, Todd Hildan, Carolina Pratt, and Shirley Lewis; and

4. Plaintiff's psychological/psychiatric examination.

WHEREAS, with a short extension and barring conflicts between witnesses and party schedules, Plaintiff believes that all witnesses can be deposed by November 2020.

WHEREAS, to spare further unnecessary expense, to accommodate the scheduled discovery, the Parties agree that a continuance of the currently-scheduled dates is required to accommodate everyone's schedules;

WHEREAS, the following modifications to the scheduling order will facilitate a timely completion of discovery and trial preparation.

| Event | Current Date | Stipulated Date |
|---|---|---|
| Expert Witness Disclosures | February 14, 2020 | May 14, 2020 |
| Supplemental Disclosures/ Rebuttal to Expert Disclosures | March 13, 2020 | June 15, 2020 |
| Discovery Cut-Off | April 24, 2020 | July 24, 2020 |
| Dispositive Motions | May 19, 2020 | August 18, 2020 |
| Hearing on Dispositive Motions | June 16, 2020 | September 15, 2020 at 1:30 p.m. |
| Pre-Trial Conference | July 24, 2020 | October 26, 2020 at 11:00 a.m. |
| Jury Trial | August 31, 2020 | December 7, 2020 at 9:00 a.m. |

WHEREAS, the Parties jointly request that the Court make an order modifying the scheduling order to permit the parties to timely complete discovery;

WHEREAS, the Parties agree that the above request is made in good faith.

///

///

3

**Joint Stipulation of the Parties to Modify the Scheduling Order; [Proposed] Order**

*Perkins v. Walmart, Inc., et al.* 2:19-CV-00649-JAM-AC

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

///

IT IS STIPULATED AND AGREED BY the Parties that the Court enter an order modifying the scheduling order with the dates set forth above.

Date: January 22, 2020

By: ___ */s/ Michael L. Jones*
LAWRANCE A. BOHM, ESQ.
ZANE E. HILTON, ESQ.
MICHAEL L. JONES, ESQ.

Attorneys for Plaintiff,
JAMIE PERKINS

Date: January 22, 2020

By: ____*/s/ Juan C. Araneda*
JASON A. GELLER, ESQ.
JUAN C. ARANEDA, ESQ.

Attorneys for Defendant,
WALMART, INC.

**ORDER (AS MODIFIED BY THE COURT)**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 22, 2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834