Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
Daniel T. Newman (SBN: 314937)
dnewman@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046

Attorneys for Plaintiff,
JAMIE PERKINS

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE PERKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALMART, INC.; BRANDON NEELY, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:19-CV-00649-JAM-AC<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br><br>Action Filed:   February 21, 2019 |

　　　　Pursuant to the stipulation, IT IS SO ORDERED. The above-entitled action is dismissed with prejudice, in its entirety.

Dated: May 22, 2020

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1

**[Proposed] Order Re: Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)**
*Perkins v. Walmart, Inc., et al.*
Case No.: 2:19-CV-00649-JAM-AC

Lawrance A. Bohm, Esq.
Zane E. Hilton, Esq.
Daniel T. Newman, Esq.